**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-03-974-PHX-DGC |
| Plaintiff, | No. CV-08-77-PHX-DGC (CRP) |
| vs. | Ninth Circuit No. 10-16891 |
| Neil Rusty Bond, | **ORDER** |
| Defendant/Movant. | |

Defendant Neil Bond has filed a motion to proceed on appeal in forma pauperis pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure. Doc. 204. Defendant previously was determined to be financially unable to obtain an adequate defense. The Court does not find that the appeal is not taken in good faith or that Defendant is not otherwise entitled to proceed in forma pauperis. Fed. R. App. P. 24(a)(3)(A); *see* Doc. 200 at 2. Nor is the Court aware of a statute precluding the extension of forma pauperis status on appeal. *See* Fed. R. App. P. 24(a)(3)(B).

**IT IS THEREFORE ORDERED** that Defendant's motion to proceed on appeal in forma pauperis (Doc. 204) is **granted**.

DATED this 4th day of November, 2010.

*/s/ David G. Campbell*
David G. Campbell
United States District Judge