**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR-03-974-PHX-DGC |
| Plaintiff, | )<br>) | No. CV-08-77-PHX-DGC (CRP) |
| vs. | )<br>) | Ninth Circuit No. 10-16891 |
| Neil Rusty Bond, | ) | **ORDER** |
| Defendant/Movant. | )<br>)<br>) | |

In an order dated November 30, 2010 (Doc. 213), the Court denied Defendant's motion for appointment of new appellate counsel (Doc. 210). Defendant has filed a motion for reconsideration of that order. Doc. 214. The motion will be denied.

Motions for reconsideration "are 'disfavored' and will be granted only upon a showing of 'manifest error' or 'new facts or legal authority that could not have been raised earlier with reasonable diligence.'" *In re Rosson*, 545 F.3d 764, 769 (9th Cir. 2008) (citation and brackets omitted); *see S.E.C. v. Kuipers*, No. 09-36016, 2010 WL 3735788, at *3 (9th Cir. Sept. 21, 2010); LRCiv 7.2(g)(1). Defendant does not meet (or even address) this high standard. He cites no new law or fact that occurred after the Court's decision. Instead, he re-urges arguments made in his original motion and asks the Court to rethink its analysis. In short, Defendant simply disagrees with the order denying his request for the appointment of a seventh attorney. But "[m]ere disagreement with a previous order is an insufficient basis for reconsideration." *Guillen v. Thompson*, No. CV 08-1279-PHX-MHM, 2010 WL 3239419, at *2 (D. Ariz. Aug. 16, 2010).

Case 2:08-cv-00077-DGC-CRP   Document 215   Filed 01/11/11   Page 2 of 2

Defendant states that the Court never ruled on his alternative request for an "emergency hearing" regarding his mental capacity to represent himself. Doc. 214 at 2. If Defendant wishes to proceed pro se, he shall file a separate motion to that effect. The Court will determine whether a hearing is necessary after such motion is filed.

**IT IS ORDERED** that Defendant Neil Rusty Bond's motion for reconsideration (Doc. 214) is **denied**.

DATED this 11th day of January, 2011.

David G. Campbell
United States District Judge

- 2 -